1
2   Signed [signature]
3   Revised _____
4
5                                                            **FILED**
6           IN THE UNITED STATES DISTRICT COURT
                                                            MAY 25 2005
7           FOR THE EASTERN DISTRICT OF CALIFORNIA
                                                    
8
9   UNITED STATES OF AMERICA,    )    MAG-05-0090-KJM GGH
                                 )
10              Plaintiff,       )
                                 )   ORDER RE: TRANSPORTATION
11       v.                      )   AND SUBSISTENCE PURSUANT
                                 )   TO 18 U.S.C. §4285
12  TIMOTHY EDISON LONGMAN,      )
                                 )
13                               )
                Defendant.       )
14                               )
                                 )
15  _____)

16       TO:   UNITED STATES MARSHAL:

17       This is to authorize and direct you to furnish the above named

18  Timothy Edison Longman with transportation from Sacramento,

19  California to the place of arraignment proceedings in Rapid City,

20  South Dakota on May 25, 2005 at 2:00 p.m.  It will be necessary for

21  Mr. Longman to arrive in Rapid City, South Dakota on Wednesday,

22  May 25, 2005 to timely make his appearance in court by 2:00 p.m.

23  In addition, the United States Marshal must furnish Mr. Longman

24  with money for subsistence expenses to his destination, not to

25  exceed the amount authorized as a per diem allowance for travel

26  under section 5702(a) of Title 5, United States Code.  Mr. Longman

27  is financially unable to be in Rapid City on this date without

28  transportation and subsistence expenses.  ~~Mr. Longman will also~~

Order for Transportation/Timothy Longman

1  ~~,need transportation for his return to Sacramento, California, the~~
2  ~~place of his bonafide residence after the~~ arraignment proceedings
3  ~~on Wednesday, May 25, 2005.~~
4       This is authorized pursuant to 18 U.S.C. § 4285.
5  IT IS SO ORDERED.
6  Dated: May 24, 2005



GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
U.S. Magistrate Court Judge

10  longman90.ord05

Order for Transportation/Timothy Longman   3