United States District Court

Eastern District of California

United States of America,

        Plaintiff,          No. 05-90 KJM
                                   No. 05-91 KJM
   vs.
                                   Detention Order (Violation of
Timothy E. Longman,         Pretrial Release, Probation or
                                   Supervised Release)
        Defendant.

-oOo-

__x__      After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

      __x__     There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

      __x__     There is clear and convincing evidence that the defendant has violated another condition of release and

      __x__     based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger

1
2                            to the safety of another person or the community and

3        __x__   the person is unlikely to abide by any condition or combination of conditions of release.  F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.
4
5        _____   Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.
6
7
8

9         IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent
10    practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded
11    reasonable opportunity for private consultation with his counsel. Upon further order of a court of the United States or request of an
12    attorney for the United States the person in charge of the corrections facility in which defendant si confined shall deliver
13    defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.
14

15        Dated: June 27, 2005

16

17                                                    /s/ Peter A. Nowinski
                                                   Peter A. Nowinski
18                                                       Magistrate Judge

19
20
21
22
23
24
25
26